ANDREW C. BURGOYNE and Others, Respondents, v. PROCTOR JAMES, Doing Business under the Firm Name and Style of PROCTOR JAMES & Co., Appellant. —Action for breach of contract by the defendant to purchase certain bonds from the plaintiff. Order denying defendant's motion for summary judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [156 Misc. 859.]

PAULINE SCHOENHAUS, Appellant-Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent-Appellant.—Action by plaintiff, as beneficiary, to recover the proceeds of a policy of insurance issued by the defendant on the life of her husband. Order denying plaintiff's motion for summary judgment and denying defendant's cross-motion for summary judgment unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO BAUMANN, Appellant.— Judgment convicting defendant of violation of the Penal Law, section 483 (impairing the morals of a minor), unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ABRAHAM ARONSTEIN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of CHARLES E. CORR, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of BERNARD L. KARLINER.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceeding: NELL RIDDER v. BERNARD H. RIDDER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.